# UNITED STATES DISTRICT COURT

Southern **District of** West Virginia, Division: Huntington

Anthony Zappin

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS**

CASE NUMBER: 3:20-cv-00210

v.

J. Richard Supple, Jr., et al.

I, Anthony Zappin, declare that I am the (check appropriate box)

☒ plaintiff/petitioner/movant  ☐ appellant  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion/notice of appeal.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes (If "Yes," go to # 3)   ☒ No (If "No," go to # 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this application and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☒ Yes (If "Yes," go to # 2.a)   ☐ No (If "No," go to # 2.b)

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $400 per week approximately. I work as an independent contractor for a few companies doing rough & finish carpentry. I am also a full-time graduate student.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes  ☒ No
   b. Rent payments, interest or dividends   ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes  ☒ No
   d. Disability or workers compensation payments   ☐ Yes  ☒ No
   e. Gifts or inheritances   ☐ Yes  ☒ No
   f. Any other sources   ☐ Yes  ☒ No

   If you answered "Yes" to any portion of question #3, describe each source of money and state the amount received and what you expect you will continue to receive.

Page 1 of 2

4. Do you have **any** cash or checking or savings accounts?  ☒ Yes  ☐ No

   If "Yes," state the total amount. $182.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. R.C.E. (minor child) → $287 per month basic child support, plus additional money to the child and his mother as needed

7. I do hereby stipulate that the recovery, if any, obtained in this action shall be paid to the Clerk of Court, who shall pay therefrom, all unpaid costs taxed against plaintiff and pay the balance to plaintiff and/or his/her attorney, if any.

I declare under penalty of perjury that the above information is true and correct.

3/23/20             [signature]
Date                Signature of Applicant

PLEASE SEE ATTACHED ORDERS FROM THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA & THE U.S.D.C. FOR THE SOUTHERN DISTRICT OF NEW YORK GRANTING ME IFPs.

**CERTIFICATE**

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit _____.
I further certify that during the past six months the applicant's average balance was $ _____, and the average of monthly deposits was $ _____.

_____          _____
Date                         Signature of Authorized Officer

Page 2 of 2

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY COURT
## DOMESTIC RELATIONS BRANCH

ZAPPIN, ANTHONY
   Plaintiff,

COMFORT, CLAIRE
   Defendant.

Docket No. 2017 DRB 3832

Judge William W. Nooter

### ORDER GRANTING PLAINTIFF'S MOTION FOR WAIVER OF PREPAYMENT OF COURT FEES AND COSTS AND TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

This matter comes before the Court on the Plaintiff's "Motion For Waiver of Prepayment of Court Fees and Costs and To Proceed *In Forma Pauperis* On Appeal" (hereafter also "Motion to Waive Fees") filed on December 23, 2019. The Defendant has filed no opposition thereto. Based upon a review of the Motion to Waive Fees and the record in this case,, it is by the Court, this 3rd day of January 2020, hereby

**ORDERED**, that the Plaintiff's Motion For Waiver of Prepayment of Court Fees and Costs and To Proceed *In Forma Pauperis* On Appeal be and the same hereby is **GRANTED**.

**IT IS SO ORDERED.**

William Nooter
Associate Judge

**Copies via Case FileXpress to:**

Anthony Zappin
1827 Washington Boulevard
Huntington, West Virginia 25701
*Plaintiff Pro Se*

Matthew B. Andelman, Esq.
*Defendant's Counsel*
*Via Case FileXpress*

2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY ZAPPIN,
               Plaintiff,

        -against-

JORGE DOPICO, ET AL.,
               Defendants.
------------------------------------------------------------X

19 Civ. 3781 (LGS)
19 Civ. 10573 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, *Anthony Zappin v. Jorge Dopico, et al.*, 19 Civ. 10573 ("*Zappin II*"), was designated as related to *Anthony Zappin v. Jorge Dopico, et al.*, 19 Civ. 3781 ("*Zappin I*");

    WHEREAS, Plaintiff has filed an application to proceed *in forma pauperis* in *Zappin II*. While this application is pending, no summonses have been issued and Defendants in *Zappin II* have not been served. It is hereby

    **ORDERED** that the parties in *Zappin I* shall appear for a telephone status conference on **December 10, 2019, at 10:30 a.m.** The parties shall jointly call the Court from one line at 212-805-0288. It is further

    **ORDERED** that Plaintiff's request to proceed *in forma pauperis* in *Zappin II* is GRANTED. Because Plaintiff is proceeding *in forma pauperis*, he is entitled to rely on the U.S. Marshals Service to effectuate service. Unless Plaintiff files a letter by **December 5, 2019**, in *Zappin II*, advising on alternative address(es) at which to serve Defendants, the Court will issue an order of service directing service of Defendants at their respective business addresses: (1) Jorge Dopico, Attorney Grievance Committee, 61 Broadway, New York, NY 10006, and (2) Ernest Collazo, Collazo & Keil LLP, 747 Third Avenue, New York, NY 10017.

The Clerk of Court is respectfully directed to close Dkt. No. 2 in 19 Civ. 10573.

Dated: December 3, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2